JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORATIOUS PRESLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R.J. REYNOLDS TOBACCO COMPANY, and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:12-cv-07799 GAF (AJWx)<br><br>**FINAL JUDGMENT** |

# FINAL JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The above-captioned matter came on for trial on March 11, 2014, the Honorable Gary Allen Feess, presiding.

After consideration of all of the papers filed in connection with the trial, the testimony of witnesses, written evidence, the arguments of counsel, and all other matters presented to the Court, the Court finds that Defendant R.J. Reynolds Tobacco Company ("RJRT") terminated Plaintiff Loratious Presley's ("Presley") employment for misconduct. The Court further finds that Presley has failed to prove that the stated reasons for the termination of his employment with RJRT was pretextual and that discrimination was the true reason for the termination decision.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff Loratious Presley shall take nothing by this action;

2. Judgment shall be entered in favor Defendant R.J. Reynolds Tobacco Company; and

3. The above-captioned matter is dismissed with prejudice.

**SO ADJUDGED.**

Dated: May 27, 2014

*/s/ Gary Feess*

Honorable Gary Allen Feess
United States District Court Judge

JS-6